IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEE L. ROBERTS, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | No. 3:24-CV-3169-B-BK | |
| § | | |
| METROPOLITAN LIFE INSURANCE § | | |
| COMPANY, § | | |
| Defendant. § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case.  Objections were filed.  The Court reviewed *de novo* those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error.  Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

SO ORDERED.

DATE: February 17, 2026.

_____
JANE J. BOYLE
SENIOR UNITED STATES DISTRICT JUDGE